JOE BRUNO, PETITIONER-RESPONDENT, v. TURNER & COMPANY, INCORPORATED, DEFENDANT-APPELLANT.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellant, *Wall, Haight, Carey & Hartpence.*

For the respondent, *Henry Harris.*

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.